Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA M. ARNDT,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; DISCOVER BANK,<br><br>    Defendants. | CASE NO. 2:19-cv-00940-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Discover Bank's ("Discover") response to Plaintiff Kayla M. Arndt's complaint currently is due June 24, 2019. Plaintiff and Discover stipulate and agree that Discover has up to and including July 24, 2019 to respond to plaintiff's complaint, to provide additional time for Discover to investigate plaintiff's allegations and to discuss a potential early resolution of the claims asserted against Discover.

*[Continued on following page.]*

This request is made in good faith and not made for purposes of delay.

Dated: June 21, 2019

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123 |
| *Attorneys for Defendant Discover Bank* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 21, 2019