Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| KAYLA M. ARNDT, | CASE NO. 2:19-cv-00940-RFB-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; DISCOVER BANK, | |
| Defendants. | (Second Request) |

Defendant Discover Bank's ("Discover") response to Plaintiff Kayla M. Arndt's complaint currently is due July 24, 2019. Plaintiff and Discover stipulate and agree that Discover has up to and including August 7, 2019 to respond to plaintiff's complaint, to provide additional time for the parties to discuss a potential early resolution of the claims asserted against Discover.

*[Continued on following page.]*

DMEAST #38329742 v1

This request is made in good faith and not made for purposes of delay.

Dated: July 23, 2019

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123 |
| *Attorneys for Defendant*<br>*Discover Bank* | *Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-23-2019

## CERTIFICATE OF SERVICE

I certify that on July 23, 2019, and pursuant to FRCP 5, a true copy of the foregoing Stipulation and Order to Extend Time for Discover Bank to Respond to Plaintiff's Complaint was filed via the Court's CM/ECF System and electronically served by the Court.

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com

/s/ Mary Kay Carlton
An employee of BALLARD SPAHR LLP